IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GENO RUDY JOSEPH,

    Petitioner,

v.                                        CASE NO. 4:08cv389-RH/WCS

MICHAEL B. MUKASEY, et al.,

    Respondents.

_____/

## ORDER GRANTING § 2241 PETITION

This case is before the court on the magistrate judge's report and recommendation (document 22). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The petition for writ of habeas corpus (document 1) is GRANTED. The respondents must release the petitioner forthwith. The respondents may impose conditions as authorized by 8 U.S.C. § 1231(a)(3).

SO ORDERED on February 10, 2009.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge